**United States Court of Appeals**
**FOR THE EIGHTH CIRCUIT**

_____

No. 96-3351

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | Appeal from the United States |
| | * | District Court for the Eastern |
| v. | * | District of Missouri. |
| | * | |
| Eldon L. Fisher, Doing Business as | * | [Unpublished] |
| Medical Arts Pharmacy, | * | |
| | * | |
| Appellant. | * | |

_____

Submitted: March 10, 1997

Filed: July 2, 1997

_____

Before FAGG, Circuit Judge, HEANEY, Senior Circuit Judge, and MORRIS SHEPPARD ARNOLD, Circuit Judge.

_____

PER CURIAM.

Eldon L. Fisher appeals from his conviction for Medicaid fraud in violation of 42 U.S.C. § 1320a-7b(a)(1)(i) and asserts that the district court[1] erred in instructing the jury, admitting certain evidence, and limiting the cross-examination of certain witnesses. He also takes exception to the sentence that the district court imposed. After

---

[1]The Honorable Jean C. Hamilton, United States District Judge for the Eastern District of Missouri.

a careful review of the record and the parties' briefs, we conclude that there was no error. Because a thorough opinion on these matters would lack precedential value, we affirm the trial court's judgment in all respects. *See* 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.